**Tevis R. IGNACIO, Plaintiff–Appellant,**

v.

**UNITED STATES GOVERNMENT; et al., Defendants–Appellees.**

No. 08–17282.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 23, 2009.*

Filed March 9, 2009.

Tevis R. Ignacio, Los Gatos, CA, pro se.

Before RYMER, HAWKINS and CLIFTON, Circuit Judges.

MEMORANDUM **

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

A review of the record and the opening brief indicates that the questions raised in

this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The district court correctly determined that appellant's complaint failed to state a claim upon which relief may be granted. *See, e.g., Cleghorn v. Blue Shield of Cal.,* 408 F.3d 1222, 1225 (9th Cir.2005) (court of appeals reviews district court's decision to dismiss a complaint for failure to state a claim de novo).

Accordingly, we summarily affirm the district court's judgment.

All pending motions are denied as moot.

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

